Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: (707) 576-7175
Fax:    (707) 576-1878
Cell:   (707) 326-7338
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                               Case No.10-10390

    Robert DeCoite Jr and Alicia N. Decoite    Chapter 13

    Debtors(s)                                  ORDER VALUING LIEN AS $0 AND
                                                    ORDER AVOIDING LIEN
_____/
                                                    Date:  April 19, 2010
                                                    Time:  1:30 PM
                                                    Place: 99 E Street, Santa Rosa, CA

**ORDER VALUING LIEN AS $0 AND ORDER AVOIDING LIEN**

At the above date and time the court held a hearing on Debtor(s)' motion to value the junior lien of Green Tree Servicing LLC ("Junior Lienholder") against the property commonly known as 3963 Sacramento Ave, Santa Rosa CA 95405 (APN: 014-411-013-000) (hereinafter the "Real Property") at $0, and to avoid that lien upon completion of Debtor(s)' chapter 13 plan.

The Junior Lien which Debtor(s) seek to avoid is that which secures Junior Lienholder's loan number is 89619174, opened about 7/13/2006, which had a principal balance of $94,097 at the time of Debtor's bankruptcy filing and is secured by a Deed of Trust recorded with the Sonoma County Recorder on 07/28/2006 as Instrument No. 2006093226 ("Junior Lien").

Evan Livingstone appeared for Debtor(s) at the hearing. There was no appearance for Junior Lienholder. The court finds that notice of the motion was proper. There having been no opposition to the motion, and good causing appearing,

IT IS HEREBY ORDERED

(1) For purposes of Debtor(s)'chapter 13 plan only, the Junior Lien of Green Tree Servicing LLC is valued at $0, Junior Lienholder does not have a secured claim, and the Junior Lien may not be enforced, pursuant to 11 U.S.C. §§506, 1322 (b)(2) and 1327.

(2) Upon entry of a discharge in Debtor(s)' chapter 13 case, Junior Lien shall be voided for all purposes, and upon application by Debtor(s), the court will enter an appropriate form of judgment voiding the Junior Lien.

(3) If Debtor(s)' chapter 13 case is dismissed or converted to one under another chapter before Debtor(s) obtain a discharge, this order shall cease to be effective and the Lien shall be retained by the Junior Lienholder to the extent recognized by applicable non-bankruptcy law.

Dated: April 29, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge