DAVID BURCHARD,
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
Tel: (650) 345–7801   Fax: (650) 345–1514
Tel: (707) 544-5500   Fax: (707) 544-0475

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | Case No.: 10-1-0390 AJ13 |
| ROBERT DECOITE  JR. and ALICIA N. DECOITE | **TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO MODIFY CHAPTER 13 PLAN** |
| Debtor. | |

## TO THE UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S)' COUNSEL, DEBTOR(S), AND OTHER PARTIES IN INTEREST:

David Burchard, Chapter 13 Trustee ("Trustee"), for the Santa Rosa and San Francisco Divisions of the United States Bankruptcy Court for the Northern District of California, hereby submits the following Objection to Application to Modify Chapter 13 Plan proposed by DANIEL B. BECK  for ROBERT DECOITE  JR. and ALICIA N. DECOITE ("Debtor(s)"). This objection is based upon all pleadings, papers and documents filed herein, together with those matters of which judicial notice has been requested, and any oral argument, which may be presented.

The Trustee hereby objects to the Application to Modify Chapter 13 Plan, dated April 17, 2014.

///

///

1

The Trustee is unable to verify the basis for the application and Debtor's substantial change in income and/or expenses without Debtor providing the following information:

_____  Amended Schedules I and J

_____  A signed copy of 20__ Federal Income Tax Returns

_____  Verification of income to substantiate change in plan payments

_X_  Other: Final lump sum payment as proposed in paragraph 5 should reflect $2,150.00 in order to pay all secured and administrative claims in full.

_X_  Paragraph 3 requires that Debtors obtain a Court order sustaining their objection to claim prior to the approval of this plan modification. Trustee requests the removal of paragraph 4, which proposes to reduce the interest rate already paid on a vehicle claim. Trustee has correctly disbursed to Wachovia Dealer Services for a secured vehicle claim of $13,375.07 at 9.9% interest rate pursuant to Debtors' confirmed Plan, dated March 26, 2010. Debtors cannot reduce retroactively already disbursed funds and reduce the interest rate to 4.00% as proposed in this modification.

Therefore, the Trustee requests that this objection be sustained, Debtor's Application to Modify Chapter 13 Plan be denied, and other relief this Court deems proper.

Dated: April 25, 2014                    /s/ David Burchard_____
                                         DAVID BURCHARD
                                         CHAPTER 13 TRUSTEE

2

## CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA.  On the date set forth below, I served a true and correct copy of **TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO MODIFY CHAPTER 13 PLAN** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ROBERT DECOITE  JR. and ALICIA N. DECOITE
3963 SACRAMENTO AVE
SANTA ROSA, CA 95405

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403

Dated:  April 25, 2014                              /s/ NICHOLE SAN JOSE

                                                                 NICHOLE SAN JOSE

3