Signed: May 8, 2014

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-18782681
   Email: evanmlivingstone@gmail.com
5
   Attorneys for Debtors Robert DeCoite Jr
6                and Alicia DeCoite

7

8            UNITED STATES BANKRUPTCY COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  In re    Robert DeCoite Jr and Alicia DeCoite      Case No.   10-10390

11           Debtor(s)                                 Chapter    13

12                                                    **Order on Objection to Claim
            _____/                   of One West Bank**
13

14       On April 17, 2014, Debtor filed an objection to claim no. 14 of : OneWest Bank, Court

15  Claim #14, Date Filed 06/08//2010, Secured Amount $394,691.71, Amount of Arrearage:

16  $3,790.71, objecting to the claim to the extent that the amount of arrears claimed exceeds

17  $3,225.72. On the same day the objection and notice of opportunity for hearing was served on an

18  officer of OneWest Bank.

19       The court finds that notice of the objection to Creditor's claim upon Creditor was proper.

20  Creditor having failed to file timely opposition to Debtor's objection, and good cause appearing,

21       THE COURT ORDERS AS FOLLOWS:

22       Claim No. 14 of One West Bank is disallowed to the extent that the arrearages exceeds

23  $3,225.72. Arrears are allowed in the amount of $3,225.72.

24                        ** END OF ORDER **