DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ROBERT DECOITE JR. and ALICIA N. DECOITE
SSN #1:  ###-##-5213
SSN #2:  ###-##-1852

Debtor(s)

Chapter 13
Case No: 10-1-0390 AJ13

WITHDRAWAL OF OBJECTION
TO MODIFICATION OF PLAN

David Burchard, Chapter 13 Standing Trustee in the above-entitled matter, hereby withdraws his Objection to Modification of Plan filed April 25, 2014.

DATED:     May 23, 2014

DAVID BURCHARD
DAVID BURCHARD
Chapter 13 Trustee
United States Bankruptcy Court
Northern District of California
San Francisco/Santa Rosa Divisions

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA.  On the date set forth below, I served a true and correct copy of the above Chapter 13 Trustee's Withdrawal of Objection to Modification of Plan, and this Certificate of Mailing on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 23, 2014

NICHOLE SAN JOSE
NICHOLE SAN JOSE

ROBERT DECOITE JR. and ALICIA N. DECOITE
3963 SACRAMENTO AVE
SANTA ROSA, CA 95405

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403