

Signed: May 23, 2014

_____
**ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-18782681
   Email: evanmlivingstone@gmail.com
5
   Attorneys for Debtors Robert DeCoite Jr
6                 and Alicia DeCoite

7

8            UNITED STATES BANKRUPTCY COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  In re    Robert DeCoite Jr and Alicia DeCoite     Case No.     10-10390

11           Debtor(s)                                Chapter      13

12                                                    **Order on Motion to**
             _____/       **Modify Confirmed Plan**
13

14       On April 17, 2014, Debtors moved this Honorable Court to enter an order modifying their

15  Chapter 13 Plan and served a Notice of Opportunity for a Hearing on their motion to modify

16  along with a copy of their motion to modify, and a copy of the Modified Chapter 13 Plan on all

17  creditors, the Chapter 13 Trustee and the United States Trustee. On April 25, 2014, the Chapter

18  13 Trustee filed an objection to the modification. On May 14, 2014, debtors filed an amended

19  plan that satisfies the chapter 13 trustee's objections. No creditors are affected adversely by the

20  modified plan.

21       The chapter 13 trustee having approved the Modification as specified in the Modified

22  Chapter 13 Plan of May 14, 2014, and it appearing that Modification of the Chapter 13 Plan in

23  this case meets the requirements of §1329 of the Bankruptcy Code and Bankruptcy Rule

24  3015(g),

IT IS ORDERED that the Debtor's Chapter 13 Plan is modified as provided in debtor's MODIFIED CHAPTER 13 PLAN OF MAY 14, 2014 (Doc No. 54).

PROVIDED HOWEVER, that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to §523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided or extinguished except by adversary proceeding pursuant to FRB 7001(2) or contested matter pursuant to FRB 3012.

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

4. The total number of payments shall be 50. The Plan payments shall be $445.00 for 49 months plus one lump sum payment of $2,150.

** END OF ORDER **

Concurred as to Form and Content

Date: 5/22/2014        /s/Lilian Tsang
                       Lilian Tsang
                       Attorney for David Burchard
                       Chapter 13 Trustee